

**FILED**

OCT 26 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Donald M. Bird

6775 Frates Way

Sacramento, CA 95831-1927

2:23 - CV 2466 - DTC DB PS

Complaint to the Veteran.

I am a Veteran who has been denied reimbursement for Vehicle Travel Expense. Please read the California "Jesse Unrue Act. I will have my Jury to collect the Judgement for 7 years of denial of my Veterans rights.

Donald M. Bird

*Donald M. Bird    Oct 26th 2023*

Donald M. Bird
6775 Frates Way
Sacramento, California 95831
916-769-9544

February 13, 2023

Department of Veterans Affairs
Northern California Health Care System

Aaron Porter
Correspondence Analyst
Sacramento, VA Medical Center
10535 Hospital Way
Room 1B050
Mather, CA 5655

Dear Mr. Porter,

I want the address and name of the People who are
making the decision on Veterans deserving <u>Mileage</u>
(Gas money). No Matter. Any Veteran who was Honorably Discharged is entitled to this "Benefit".
No excuses, Forms and Requirements. If a Veteran Needs any help, Pay that Veteran Mileage.

Our requirement to qualify for this gas money is absolutely **NOT SIMPLE.** Typical Government "God Swallow"! They can't or will not include this Veterans Benefit in the Budget, I ask you to tell me the excuse or (Reason). Contacting our Politicians is a waste of time.

My wife and I request a brief meeting <u>in person</u> to discuss this issue.

Thank you,


Donald M. Bird
7859