UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD M. BIRD,<br><br>    Plaintiff,<br><br>  v.<br><br>AARON PORTER,<br><br>    Defendant. | No. 2:23-cv-2466 DJC SCR<br><br><br><br>ORDER |

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

    On September 23, 2024 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. ECF No. 6. Plaintiff has not filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed September 23, 2024, are adopted in full;

2. This action is dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.  *See* Fed. R. Civ. P. 41(b); Local Rule 110; and

3. The motion to proceed in forma pauperis (ECF No. 2) is DENIED AS MOOT.

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 20, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2